COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | § | No. 08-19-00154-CV |
| | § | Appeal from the |
| Appellant, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| MICHELLE RODRIGUEZ, | § | (TC# 2018DCV3979) |
| Appellee. | § | |

# **O R D E R**

The Court has considered the objection to the request to supplement the clerk's record. The objection is OVERRULED. The Court will limit its review of the record to only those matters that were properly before the trial court at the time the order/judgment at issue was rendered.

IT IS SO ORDERED this 16th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.